Circuit Court for Carroll County
Case No. C-06-CR-19-000833
Petition No. 141, September Term, 2022
Argued: December 5, 2022

IN THE SUPREME COURT

OF MARYLAND

No. 19

September Term, 2022

_____

KEVRON D. WALKER

v.

STATE OF MARYLAND

_____

Fader, C.J.
Watts
Hotten*
Booth
Biran
Gould
Eaves,

JJ.

_____

PER CURIAM

_____

Filed: May 8, 2024

*Hotten, J., participated in the hearing and decision in this matter as an active justice. She participated in the decision to dismiss the petition and the case as improvidently granted as a senior justice on recall.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

KEVRON D. WALKER

v.

STATE OF MARYLAND

*    IN THE

*    SUPREME COURT

*    OF MARYLAND

*    No. 19

*    September Term, 2022

ORDER

After Kevron D. Walker's petition for writ of certiorari was granted, the case was briefed and argued. In the Court's July 28, 2023 opinion, the case was remanded to the circuit court for further proceedings. The Court retained jurisdiction over the matter and, after the proceedings on remand, the circuit court transmitted its written findings as directed in the opinion and the parties moved to supplement the record with the materials presented at the remand hearing. The parties also filed supplemental briefs.

Upon consideration of the briefs and supplemental briefs, the circuit court's written findings, and the entire record as supplemented, it is this 8th day of May 2024, by the Supreme Court of Maryland,

ORDERED that the writ of certiorari and this case are dismissed as improvidently granted, and it is further,

ORDERED that costs are to be paid by Petitioner and the mandate is to issue forthwith.

/s/ Matthew J. Fader
Chief Justice
